UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.        Civil No. 10-mc-82-SM

<u>John L. Rossey</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 7, 2011, no objection having been filed.

SO ORDERED.

January 25, 2011          <u>/s/ Steven J. McAuliffe</u>
                                            Steven J. McAuliffe
                                            Chief Judge

cc: Michael T. McCormack, AUSA
      John L. Rossey, pro se